THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW
YORK CENTRAL RAILROAD COMPANY, Appellant, *v.*
CHARLES M. GILSON, as Mayor of the Village of East
Syracuse et al., Respondents.

(Argued June 4, 1934; decided July 3, 1934.)

*Frank H. Hiscock* and *Maurice F. Lane* for appellant.
*Raymond O. Campbell* and *Frank J. Greiner* for respondents.

Order affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.